B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>SHOAL CREEK HOLDINGS, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>74-3168494 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>102 KNARR<br>LAKEWAY, TEXAS<br>ZIP CODE 78734 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>TRAVIS | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. BOX 341749<br>AUSTIN, TEXAS<br>ZIP CODE 78734 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  REAL ESTATE

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

-----

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **SHOAL CREEK HOLDINGS, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>SHOAL CREEK HOLDINGS, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _/s/ Jeffrey S. Kelly_____
Signature of Attorney for Debtor(s)
JEFFREY S. KELLY
Printed Name of Attorney for Debtor(s)
THE KELLY LEGAL GROUP
Firm Name
P.O. BOX 2125
AUSTIN, TEXAS 78768
Address
(512) 505-0053
Telephone Number
06/07/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Martin F. Cody, Jr._____
Signature of Authorized Individual
MARTIN F. CODY, JR.
Printed Name of Authorized Individual
MANAGING MEMBER
Title of Authorized Individual
06/07/2011
Date

IN THE UNITED STATES BANKRUPTCY COURT
IN THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. _____ |
| | § | |
| SHOAL CREEK HOLDINGS, LLC | § | |
| Debtor(s) | § | Chapter 11 Proceeding |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

COMES NOW Debtor **SHOAL CREEK HOLDINGS, LLC** ("Debtor") and files this Declaration.

I the managing member of Shoal Creek Holdings, LLC which is named as the debtor in the above styled cause, do declare under penalty of perjury that I have read the foregoing documents, and affirm that the statements made therein are true and correct to the best of my information and belief:

a. Voluntary Petition

b. Schedule A Real Property

c. Creditors Matrix

**SHOAL CREEK HOLDINGS, LLC**

BY: _____

Martin F. Cody, Jr

ITS: Managing Member

# CONSENT OF MEMBERS
## OF
## SHOAL CREEK HOLDINGS, LLC

The undersigned, being all of the partners of Shoal Creek Holdings, LLC., a Texas limited liability company ("Shoal"), by their signatures below do hereby consent to the following:

That Shoal, take such acts as shall be necessary to authorize and consummate A Chapter 11 Bankruptcy Filling.

All actions heretofore taken by Shoal and/or Martin F. Cody, Jr. with respect to and in connection with the transactions described herein are hereby ratified and approved. This consent shall not be construed in any manner as implying that the consent of the undersigned is or is not required for any other transactions with respect to the Property.

This consent may be executed in one or more counterparts, which shall be construed together as one document.

IN WITNESS OF THE FOREGOING, the undersigned limited partners of the Partnership have executed this instrument effective as of the 7th day of September, 2011.

MANAGING MEMBER:

**SHOAL CREEK HOLDINGS, LLC**

BY: _____

Martin F. Cody, Jr

ITS: Managing Member

# Shoal Creek Holdings, LLC

## CREDITOR MATRIX

| Creditor | General Electric Capital Corp. | BCL of Texas dba: CDC | JP Morgan Chase Bank | Mak Consulting | Travis Cnty Tax Collector |
|---|---|---|---|---|---|
| Type | Lender | SBA Administrator | Lender | Consulting & Audit | 2010 & 2011 property tax |
| $ amount | 1489036.99 + | 1007407.43 + | $98,735.84 + 8 months | $6,500 | $ 68,800 approx. |
| Address | 16479 Dallas Pkwy # 500, Addison, TX 75001-6852 | 2212 S. Congress Ave. Austin, Texas 78704 | MS: OH4-7133 3415 Vision Drive Columbus, OH 43219 | c/o Michael Karr 4833 Saratoga - Unit 260 Corpus Christi, TX 78413 | 5501 Airport Blvd. Austin, TX 78751 |
| Loan/Acct # | 6322183-001 (GECC) | 175326008 | none | none | #246070410000 |
| Fax | 972-447-2667 | 800 848-9136 | 312-952-1295 | | 512 854-9473 |
| Phone | mark.brock@ge.com | rvaldez@bcloftexas.org 512 912-9869 | 301847884 | karrma727@aol.com | $72,624.39 approx. |

| Creditor | Central Insurance | Borden Insurance | The Harford Insurance | Bud Weythman, CPA | Texas Protax Austin, Inc |
|---|---|---|---|---|---|
| Type | Insurance | Insurance | Insurance | Accounting | Property Tax Disputes |
| $ amount | $1,236.00 | $612.73 | $1,355.12 | $1,450 | $1,009.36 |
| Address | PO BOX 828 VAN WERT, OH 45891-0828 | 210 South Carancahua, 4th Fl. Corpus Christi, TX 78403-1066 | P. O. Box 2907 Hartford, CT 06104 | 25691 Atlantic Ocean Dr # B9 Lake Forest, CA 92630 | 8322 Cross Park Drive Austin, TX 78754 |
| Acct # | 989950977J | ISLAN 6 | 65-13191674 | none | SH-16 |
| Fax | | | | | 512 339-0914 |
| Phone | (866) 201-5038 | 361 693-1773 | 800 467-8730 | (949) 215-2550 | 512 339-6671 |

| Creditor | Chris Hammon | Catlett and Associates | Ray Fisher | Bill Gamon | John Lione |
|---|---|---|---|---|---|
| Type | Legal | Legal | Legal | Legal | Legal |
| $ amount | | | | | |
| Address | 906 Main St., Bastrop, TX 78602 | 901 Harrold Houston, TX 77066 | | | 3921 Steck Ave. Suite A-119 Austin, TX 78759 |
| Acct # | none | none | none | none | |
| Phone | 512-321-4944 | 713 526-4420 | | | 512 346-8966 |
| Fax | | 713 526-0429 | | | jglione@lioneandlee.com |

In re  Shoal Creek Holdings, LLC            ,          Case No. _____
         Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 9160 D Reseach Blvd., Austin, TX Commercial building | Ownership | | 1,615,000.00 | $1,488,100 |
| 9160 D Reseach Blvd., Austin, TX Commercial building | Ownership | | 1,615,000.00 | $ 1,100,000 |
| | Market values / pending sale in next column? | | | list both as secured? |
| | Not seperate | | | |
| 700 Island Retreat # 148, Port Aransas, TX. Rental | Ownership | | 120,000.00 | $ 110,000 |
| | Market values / pending sale in next column? | | | |
| | Total appraized values back when purchased | | 3,125,000.00 | |
| | | Total▶ | 1,735,000.00 | |

(Report also on Summary of Schedules.)